```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**MICHAEL J. GREENE,**

    **Plaintiff,**

**v.**                                   **Civil Action No. 2:18-cv-00946**

**CPL/CO I KIM BOWLIN, CO II
CHARLES JOHNSON, CO I DAVID EWING,
CO II EDWARD MILES, and COUNSELOR
NANCY JOHNSON,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on April 3, 2019; and the magistrate judge having recommended that the court dismiss this civil action without prejudice and deny as moot plaintiff's application to proceed without prepayment of fees and costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings and recommendation made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this civil action be, and it hereby is, dismissed without prejudice. It is further ORDERED that plaintiff's application to proceed without

**prepayment of fees and costs be, and it hereby is, denied as moot.**

**The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.**

**ENTER: May 10, 2019**

John T. Copenhaver, Jr.
Senior United States District Judge